BUFFALO COUNTY, APPELLEE, V. JOEL HULL, APPELLANT.

FILED JUNE 16, 1913.   No. 17,148.

OPINION on motion for rehearing of case reported in
93 Neb. 586.   *Rehearing denied.*

SEDGWICK, J.

The brief upon the motion for rehearing points out two
mistakes in the opinion.   93 Neb. 586.

1. The first one of them is that the opinion says that
the bridge was built in 1874, and also says that the act
of 1879 was in force when the bridge was built.   The
point in mind was that the statute of 1881 was treated
by Judge MAXWELL in the opinion in *State v. Kearney
County,* 12 Neb. 6, as controlling, although it was enacted
a long time after the bridge was built; and the opinion
in this case is all predicated on the statement therein:
"The liability of adjoining counties for repairs of a bridge
over a stream betwen them is fixed by statute, and it is
within the power of the legislature to alter or amend the
statute in that regard.   The conditions and extent of the
liability depend upon the statute in force when such re-
pairs are made and the liability incurred."   93 Neb. 586.
This was what Judge MAXWELL held in 12 Neb., the
case upon which this defendant relied.   The error in
stating that the act of 1879 was in force in 1874 is quite
immaterial to the merits of the case.

2. The second error is that it is stated that the repairs
involved in this case were made in 1894.   This is a typo-
graphical error for 1904.   The proceedings were begun in
1904 and the repairs ordered, but it appears they were not
actually made until 1905.   This typographical error is
immaterial to the merits of the case.

The motion for rehearing is

OVERRULED.